IRAIDA LUNA

                                                 Plaintiff(s)

- against -

CREDIGE RECEIVABLES INC. AND CREDIGY SERVICES CORP.

                                                 Defendant(s)

Index #: 08 CV 0320

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 24, 2008 at 09:50 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12210

deponent served the within two true copies of the SUMMONS & COMPLAINT on CREDIGY SERVICES CORP., the defendant/respondent therein named,

**SECRETARY OF STATE**    by delivering two true copies to MS. DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 306 of the Business Corporation Law and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: January 28, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 536438