| | |
|---|---|
| IRAIDA LUNA<br><br>Plaintiff(s)<br><br>- against -<br><br>CREDIGE RECEIVABLES INC. AND CREDIGY SERVICES CORP.<br>Defendant(s) | Index #: 08 CV 0320<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 24, 2008 at 09:50 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12210

deponent served the within true copy of the SUMMONS & COMPLAINT on CREDIGE RECEIVABLES INC., the defendant/respondent therein named,

**SECRETARY OF STATE**    A Foreign Corporation by delivering thereat one true copy to MS. DONNA CHRISTIE personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under Section 307 of the Business Corporation Law and tendering the required fee of $40.00.

**MAILING**    Deponent enclosed a true copy of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

3950 JOHNS CREEK COURT, SUITE 100
SUWANEE, GA 30024

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 30, 2008 by REGISTERED MAIL-RETURN RECEIPT REQUESTED
RECEIPT #RA 080 700 724 US in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: January 30, 2008

Robin M. Forman

| | | | |
|---|---|---|---|
| Linda Forman<br>Notary Public, State of New York<br>No. 01FO5031305<br>Qualified in New York County<br>Commission Expires August 1, 2010 | Robin M. Forman<br>Notary Public, State of New York<br>No. 01FO6125415<br>Qualified in New York County<br>Commission Expires April 18, 2009 | Larry Yee<br>Notary Public, State of New York<br>No. 01YE5015682<br>Qualified in New York County<br>Commission Expires July 26, 2009 | **STEVEN C. AVERY**<br><br>Docket #: 536437 |