UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRAIDA LUNA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 08-CV-320(RJS) |
| v. | ) |
| | ) |
| CREDIGY RECEIVABLES, INC., | ) |
| CREDIGY SERVICES CORP., | ) |
| | ) |
| Defendants. | ) |

**Stipulation to Dismissal with Prejudice**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Iraida Luna, Plaintiff, hereby stipulates to the dismissal with prejudice of the above-entitled and numbered action pursuant to settlement.

Dated: New York, New York
       May 5, 2008

Respectfully Submitted,

By: _____
Brian L. Bromberg
*Attorney for Plaintiff*
Bromberg Law Office, P.C.
40 Exchange Place, Suite 2010
New York, NY 10005
Tel: (212) 248-7906
Fax: (212) 248-7908

The foregoing stipulation is approved, and this case is hereby dismissed with prejudice this
_6th_ day of ___May___, 2008

_____
Richard J. Sullivan